# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Joel Lance Ladner                                           Case No. 18-51258-KMS
         Dana Ann Ladner, Debtors                                           CHAPTER 13

## MOTION TO REOPEN BANKRUPTCY CASE

COME NOW, Debtors, by and through counsel, and move this Court to reopen their Chapter 13 bankruptcy case pursuant to 11 U.S.C. § 350(b) and Federal Rule of Bankruptcy Procedure 501, and in support thereof, would show the Court as follows:

I.

The Debtors filed a voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code on or about June 29, 2019 and discharged on or about July 17, 2023.

II.

Debtors are requesting that the Chapter 13 bankruptcy be reopened for the sole purpose of allowing the Debtors to file an adversary proceeding against Blue World Pools, Inc for a discharge violation. The contemplated adversary proceeding arises out of matters related to the Debtors' bankruptcy case and could not be fully addressed prior to the closing of the case

WHEREFORE, Debtors pray that their Bankruptcy Plan be reopened and for such additional or alternative relief as may be just and proper.

              Respectfully submitted

              /s/ Thomas C. Rollins, Jr.
              Thomas C. Rollins, Jr. (MS Bar No. 103469)

Of Counsel:
Thomas C. Rollins, Jr.
Jennifer Ann Curry Calvillo
The Rollins Law Firm, PLLC
P.O Box 13767
Jackson, MS 39236
601-500-5533

CERTIFICATE OF SERVICE

    I, Thomas C. Rollins, Jr., certify that an accurate copy of the Motion was filed on CM/ECF this day and that the Chapter 13 Case Trustee and U.S. Trustee are registered to receive electronic notice in this case.  The date of said notice is reflected on the Docket.

                                              /s/ Thomas C. Rollins, Jr.
                                              Thomas C. Rollins, Jr. (MSBN 103469)