_____



SO ORDERED,

**Judge Katharine M. Samson**
United States Bankruptcy Judge
Date Signed: December 31, 2025

The Order of the Court is set forth below. The docket reflects the date entered.
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:   Joel Lance Ladner                                                   Case No. 18-51258-KMS
         Dana Ann Ladner, Debtors                                                      CHAPTER 13

## ORDER TO REOPEN BANKRUPTCY CASE

THIS CAUSE having come on this date on the Debtors' Motion to Reopen (DK # 73 ), the Court having reviewed and considered the facts herein, and there being no objection or request for hearing from the Trustee or creditors, does find as follows:

IT IS THEREFORE ORDERED that the Debtors' Motion Reopen is granted for the sole and limited purpose of allowing the Debtors to file and prosecute an adversary proceeding against Blue World Pools.

IT IS FURTHER ORDERED that the reopening of this case shall not affect the rights of any other creditor or the administration of the Chapter 13 plan and upon conclusion of the adversary proceeding, the case may be re-closed without further notice or hearing and that the US Trustee shall appoint a Standing Trustee in this case.

#END OF ORDER#

PREPARED BY:
/s/ Thomas C. Rollins, Jr.
Thomas C. Rollins, Jr. (MS Bar No. 103469)
Jennifer Ann Curry Calvillo (MS Bar No. 104367)
The Rollins Law Firm
P.O. Box 13767
Jackson, MS 39236
601-500-5533
ATTORNEY FOR DEBTOR